**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Patrick L. Strong**
   Debtor(s)

Bankruptcy Case No.: 14–22006–GLT
Issued Per the June 9, 2016 Proc.
Chapter: 13
Docket No.: 60 – 50
Conciliation Conference Date: 7/28/16 at 03:00 PM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the 14th day of July, 2016, I served a copy of the within *Order of Court dated June 15, 2016* together with the *Notice of Proposed Modification to Confirmed Plan Dated May 14, 2014 and Amended Plan* filed in this proceeding, by U.S. First Class Mail:

SEE ATTACHED MAILING MATRIX

on the respondent(s) at

SEE ATTACHED MAILING MATRIX:

Executed on July 14, 2016            /s/ Kenneth Steidl_____
      (Date)                                                  (Signature)

/s/ Kenneth Steidl
_____
Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

```
Label Matrix for local noticing            Ashley Funding Services, LLC its successors    DELBERT SERVICES CORPORATION
0315-2                                     assigns as assignee of Laboratory              C O WEINSTEIN,PINSON AND RILEY, PS
Case 14-22006-GLT                          Corporation of America Holdings                2001 WESTERN AVENUE, STE 400
WESTERN DISTRICT OF PENNSYLVANIA           Resurgent Capital Services                    SEATTLE, WA 98121-3132
Pittsburgh                                 PO Box 10587
Thu Jul 14 11:45:10 EDT 2016               Greenville, SC 29603-0587

Delbert Services                           Andrew F Gornall                               LVNV Funding, LLC its successors and assigns
PO Box 4730                                KML Law Group, P.C.                            assignee of Citibank USA, N. A.
Anaheim, CA 92803-4730                     701 Market Street                              Resurgent Capital Services
                                           Suite 5000                                     PO Box 10587
                                           Philadelphia, PA 19106-1541                    Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns  NATIONSTAR MORTGAGE, LLC                    (p)NATIONSTAR MORTGAGE LLC
assignee of North Star Capital             C/O Weinstein, Pinson, & Riley, P.S.           PO BOX 619096
Acquisition LLC                            2001 Western Avenue, Ste. 400                  DALLAS TX 75261-9096
Resurgent Capital Services                 Seattle, WA 98121-3132
PO Box 10587
Greenville, SC 29603-0587

Office of the United States Trustee        Pennsylvania Dept. of Revenue                  James A. Prostko
Liberty Center.                            Department 280946                              Phelan Hallinan Diamond & Jones, LLP
1001 Liberty Avenue, Suite 970             P.O. Box 280946                                Omni William Penn Office Tower
Pittsburgh, PA 15222-3721                  ATTN: BANKRUPTCY DIVISION                      555 Grant Street
                                           Harrisburg, PA 17128-0946                      Suite 300
                                                                                          Pittsburgh, PA 15219-4408

Regional Acceptance                        Regional Acceptance Corporation                Kenneth Steidl
PO Box 580075                              PO Box 1847                                    Steidl & Steinberg
Charlotte, NC 28258-0075                   Wilson, NC 27894-1847                          Suite 2830 Gulf Tower
                                                                                          707 Grant Street
                                                                                          Pittsburgh, PA 15219-1908

Patrick L. Strong                          Matthew Christian Waldt                        Ronda J. Winnecour
1480 Hancock Avenue                        Milstead & Associates, LLC                     Suite 3250, USX Tower
Apollo, PA 15613-8407                      1 East Stow Road                               600 Grant Street
                                           Marlton, NJ 08053-3118                         Pittsburgh, PA 15219-2702

Zucker Goldberg & Ackerman LLC
200 Sheffield Street, Suite 101
Mountainside, NJ 07092-2315
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Nationstar Mortgage                        (d)Nationstar Mortgage, LLC.
350 Highland Drive                         PO Box 630267
Lewisville, TX 75067                       Irving, TX 75063
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)The Bank of New York Mellon f/k/a The Bank

End of Label Matrix
Mailable recipients    18
Bypassed recipients    1
Total    19