# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** PATRICK L. STRONG
**Case Number:** 14-22006-GLT     **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 28, 2016 03:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
8/1/16 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#66 - Amended Plan Dated: 7-14-16 (FC)
R / M #:  66 / 0

### *Appearances:*

Debtor: Frye
Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor:

### *Proceedings:*

Motion to withdraw from 401-K to complete a 100% plan is pending. Debtor will need a Payoff figure from Nationstar

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 8-25-16 at 2:00.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: