IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Patrick L. Strong | ) | Case No. 14- 22006 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Docket No. |
| | ) | |
| Patrick L. Strong, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ashley Funding Services, Delbert Services Corporation, KML Law Group, LVNV Funding, North Star Capital, North Star Capital NationStar Mortgage LLC, Office of the United States Trustee, Pa. Dept. of Revenue, James A. Prostko, Regional Acceptance, Mathew Waldt, Zucker Goldberg, and Ackerman and Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
|     Respondent(s) | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO APPROVE THE DEBTOR TO WITHDRAW FUNDS FROM RETIREMENT ACCOUNT TO COMPLETE DEBTOR'S CHAPTER 13 PLAN**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading the MOTION TO APPROVE THE DEBTOR TO WITHDRAW FUNDS FROM RETIREMENT ACCOUNT TO COMPLETEDEBTOR'S CHAPTER 13 PLAN  filed on July 14, 2016  has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the MOTION TO APPROVE THE DEBTOR TO WITHDRAW FUNDS FROM RETIREMENT ACCOUNT TO COMPLETEDEBTOR'S CHAPTER 13 PLAN appears thereon. Pursuant to the Notice of Hearing, objections to the MOTION TO APPROVE THE DEBTOR TO WITHDRAW FUNDS FROM RETIREMENT ACCOUNT TO COMPLETEDEBTOR'S CHAPTER 13 PLAN were to be filed and served no later than  August 1, 2016.

It is hereby respectfully requested that the Order attached to the MOTION TO APPROVE THE DEBTOR TO WITHDRAW FUNDS FROM RETIREMENT ACCOUNT TO COMPLETE DEBTOR'S CHAPTER 13 PLAN ] be entered by the Court.

Dated:     8/2/16                                     By: /s/ Kenneth Steidl
                                                                    Signature
                                                                    Kenneth Steidl, Esquire
                                                                    Attorney for the Debtors

                                                                    STEIDL & STEINBERG
                                                                    Suite 2830 – Gulf Tower
                                                                    707 Grant Street
                                                                    Pittsburgh, PA  15219
                                                                    (412) 391-8000
                                                                    ken.steidl@steidl-steinberg.com
                                                                    PA I.D. No. 34965

Local Form 25 (07/13)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Patrick L. Strong | ) | Case No. 14- 22006 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Docket No. |
| | ) | |
| | ) | |
| Patrick L. Strong, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ashley Funding Services, Delbert Services | ) | |
| Corporation, KML Law Group, LVNV | ) | |
| Funding, North Star Capital, North Star | ) | |
| Capital NationStar Mortgage LLC, | ) | |
| Office of the United States Trustee, | ) | |
| Pa. Dept. of Revenue, James A. Prostko, | ) | |
| Regional Acceptance, Mathew Waldt, | ) | |
| Zucker Goldberg, and Ackerman | ) | |
| and Ronda J. Winnecour, Chapter 13 | ) | |
| Trustee, | ) | |
|     Respondent(s) | ) | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2016, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtor is approved to withdraw funds from his 401K to complete his Chapter 13 Bankruptcy.

_____
Honorable Gregory A. Taddonio
U.S. Bankruptcy Judge