FILED
2016 AUG 3 A 10:15
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Patrick L. Strong ) | Case No. 14- 22006 GLT |
|     Debtor(s) ) | Chapter 13 |
| ) | Related to Docket No. 63 |
| ) | |
| ) | |
| Patrick L. Strong, ) | |
|     Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| Ashley Funding Services, Delbert Services ) | |
| Corporation, KML Law Group, LVNV ) | |
| Funding, North Star Capital, North Star ) | |
| Capital NationStar Mortgage LLC, ) | |
| Office of the United States Trustee, ) | |
| Pa. Dept. of Revenue, James A. Prostko, ) | |
| Regional Acceptance, Mathew Waldt, ) | |
| Zucker Goldberg, and Ackerman ) | |
| and Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | |
|     Respondent(s) ) | |

## ORDER OF COURT

AND NOW, to wit, this _3rd Day of August,                    2016, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtor is approved to withdraw funds from his 401K to complete his Chapter 13 Bankruptcy.

Prepared by: Kenneth Steidl, Esq.

**DEFAULT ENTRY**

Dated: _August 3, 2016

Gregory L. Antonio
United States Bankruptcy Judge    drb

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
```

In re:                                                              Case No. 14-22006-GLT
Patrick L. Strong                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 1            Date Rcvd: Aug 03, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
db             +Patrick L. Strong,    1480 Hancock Avenue,    Apollo, PA 15613-8407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for
               Centex Home Equity Loan Trust 2002-A by Nationstar M agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Kenneth  Steidl    on behalf of Debtor Patrick L. Strong julie.steidl@steidl-steinberg.com,
               npalashoff@steidl-steinberg.com;ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;aste
               idl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com
              Matthew Christian Waldt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
               New York, successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as
               Trustee for Centex Home Equity Loan Trust 2002-A by Nationstar M mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6