**FILED**
OCT 19 2016
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                  :     Case No.: 14-22006-GLT
                                     :     Chapter: 13
Patrick L. Strong                     :
                                     :     Date: 10/19/2016
                 *Debtor(s).*           :     Time: 09:00

## PROCEEDING MEMO

**MATTER:**     #77 - Expedited Motion to Compel Itemized Payoff for Debtor's Mortgage Loan Held by Nationstar Mortgage
                        #81 - Response filed by The Bank of New York Mellon

**APPEARANCES:**
           Debtor:     Julie Steidl
           BNY:        Kimberly Hong

**NOTES:**

Hong - Payoff has been requested and it will be provided directly to Debtor's counsel.

Steidl - Requests a 30-day continuance.

**OUTCOME:**

1. Matter continued to November 23, 2016 at 9:00 a.m. Debtor to file a status report on or before November 16, 2016. (Text Order to issue).

**DATED:** 10/19/2016