FILED
11/22/16 4:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Patrick Strong | : | Case No. 14-22006 GLT |
|       Debtor | : | Chapter 13 |
| | : | Document No. 77 and |
|    Patirck Strong | : | 85 |
|       Movant | : | Hearing Date & Time: |
| | : | November 23, 2016 at 9:00 a.m. |
|    vs. | : | |
| | : | |
| NationStar Mortgage | : | |
|       Respondent | : | |

## ORDER OF COURT

AND NOW, to wit, this __22nd__ day of __November__, 2016, it is hereby ORDERED, ADJUDGED, and DECREED, that the Motion to Compel Itemized Payoff for Debtor's Mortgage Loan Held by Nationstar Mortgage is hereby WITHDRAWN without prejudice and the hearing scheduled for November 23, 20126 at 9:00 a.m. is CANCELED.

Dated: 11/22/16

_____
Honorable Gregory **.** Taddonio   hct
U.S. Bankruptcy Judge

cm: Kenneth Steidl, Esq.

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                      Case No. 14-22006-GLT
Patrick L. Strong                                           Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2       User: lfin              Page 1 of 1              Date Rcvd: Nov 22, 2016
                           Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2016.
db            +Patrick L. Strong,    1480 Hancock Avenue,    Apollo, PA 15613-8407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for
               Centex Home Equity Loan Trust 2002-A by Nationstar M agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Karina  Velter    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for
               Centex Home Equity Loan Trust 2002-A by Nationstar M amps@manleydeas.com
              Kenneth  Steidl    on behalf of Debtor Patrick L. Strong julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
              Matthew Christian Waldt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
               New York, successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as
               Trustee for Centex Home Equity Loan Trust 2002-A by Nationstar M mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 7