Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Patrick L. Strong**
  Debtor(s)

Bankruptcy Case No.: 14–22006–GLT
Related to Docket No. 88
Chapter: 13
Docket No.: 90 – 88
Concil. Conf.: March 30, 2017 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 6, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **February 20, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **March 30, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: December 22, 2016

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

### **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689−4002

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 14-22006-GLT
Patrick L. Strong                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2         User: hthu              Page 1 of 2         Date Rcvd: Dec 22, 2016
                             Form ID: 213            Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db           +Patrick L. Strong,   1480 Hancock Avenue,     Apollo, PA 15613-8407
cr          ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,     DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage, LLC.,    PO Box 630267,   Irving, TX   75063)
13854848     +Delbert Services,   PO Box 4730,   Anaheim, CA 92803-4730
13882916     +NATIONSTAR MORTGAGE, LLC,   C/O Weinstein, Pinson, & Riley, P.S.,
              2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
13854851     +Zucker Goldberg & Ackerman LLC,   200 Sheffield Street, Suite 101,
              Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13921312      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 23 2016 02:10:16
              Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
              Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
13889681     +E-mail/Text: bncmail@w-legal.com Dec 23 2016 02:05:37     DELBERT SERVICES CORPORATION,
              C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13920617      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 23 2016 02:10:16
              LVNV Funding, LLC its successors and assigns as,   assignee of Citibank USA, N. A.,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13920618      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 23 2016 02:10:16
              LVNV Funding, LLC its successors and assigns as,   assignee of North Star Capital,
              Acquisition LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13854850      E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 23 2016 02:11:30     Regional Acceptance,
              PO Box 580075,   Charlotte, NC 28258-0075
13887428      E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 23 2016 02:11:30     Regional Acceptance Corporation,
              PO Box 1847,   Wilson, NC 27894-1847
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            The Bank of New York Mellon f/k/a The Bank of New
13854849*   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX 75067)
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
           successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for
           Centex Home Equity Loan Trust 2002-A by Nationstar M agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Karina Velter    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
           successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for
           Centex Home Equity Loan Trust 2002-A by Nationstar M amps@manleydeas.com
          Kenneth Steidl    on behalf of Debtor Patrick L. Strong julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
```

```
District/off: 0315-2           User: hthu                  Page 2 of 2                  Date Rcvd: Dec 22, 2016
                               Form ID: 213                Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Matthew Christian Waldt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for Centex Home Equity Loan Trust 2002-A by Nationstar M mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                   TOTAL: 7