**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Patrick L. Strong** | : | Case No. 14–22006–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 88 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this **21st day of March, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above–captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                        Case No. 14-22006-GLT
Patrick L. Strong                                             Chapter 13
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: dbas              Page 1 of 2            Date Rcvd: Mar 21, 2017
                             Form ID: 309            Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.
```
db             +Patrick L. Strong,    1480 Hancock Avenue,     Apollo, PA 15613-8407
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,     DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX  75063)
13854848       +Delbert Services,    PO Box 4730,    Anaheim, CA 92803-4730
13882916       +NATIONSTAR MORTGAGE, LLC,    C/O Weinstein, Pinson, & Riley, P.S.,
                 2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13854851       +Zucker Goldberg & Ackerman LLC,    200 Sheffield Street, Suite 101,
                 Mountainside, NJ 07092-2315
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13921312        EDI: RESURGENT.COM Mar 22 2017 02:58:00     Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13889681       +E-mail/Text: bncmail@w-legal.com Mar 22 2017 03:15:36      DELBERT SERVICES CORPORATION,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13920617        EDI: RESURGENT.COM Mar 22 2017 02:58:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank USA, N. A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13920618        EDI: RESURGENT.COM Mar 22 2017 02:58:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of North Star Capital,    Acquisition LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13854850        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 22 2017 03:13:28      Regional Acceptance,
                 PO Box 580075,    Charlotte, NC 28258-0075
13887428        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 22 2017 03:13:28      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon f/k/a The Bank of New
13854849*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
                                                                                               TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
               successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for
               Centex Home Equity Loan Trust 2002-A by Nationstar M agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor   Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Karina   Velter    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
               successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for
               Centex Home Equity Loan Trust 2002-A by Nationstar M amps@manleydeas.com
              Kenneth Steidl    on behalf of Debtor Patrick L. Strong julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
```

```
District/off: 0315-2           User: dbas                  Page 2 of 2                  Date Rcvd: Mar 21, 2017
                               Form ID: 309                Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Matthew Christian Waldt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for Centex Home Equity Loan Trust 2002-A by Nationstar M mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                                                                                                                                 TOTAL: 7