**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/19/17 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  PATRICK L. STRONG<br><br>           Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>           Movant<br>        vs.<br>  PATRICK L. STRONG<br><br>           Respondents | Case No. 14-22006GLT<br><br>Chapter 13<br><br>Document No. __97__ |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __19th__ day of __April__, 20__17__, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Schwebels Bakery
> Attn: Payroll Manager
> 965 E Midlotian Blvd
> Youngstown, OH 44502

is hereby ordered to immediately terminate the attachment of the wages of PATRICK L. STRONG, social security number XXX-XX-3192. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of PATRICK L. STRONG.

Dated: 4/19/17

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Patrick L. Strong
    Debtor

Case No. 14-22006-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Apr 19, 2017
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2017.
db        +Patrick L. Strong,    1480 Hancock Avenue,    Apollo, PA 15613-8407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for Centex Home Equity Loan Trust 2002-A by Nationstar M agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com, james.prostko@phelanhallinan.com
         Karina Velter    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for Centex Home Equity Loan Trust 2002-A by Nationstar M amps@manleydeas.com
         Kenneth Steidl    on behalf of Debtor Patrick L. Strong julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
         Matthew Christian Waldt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for Centex Home Equity Loan Trust 2002-A by Nationstar M mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                          TOTAL: 7