IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 14-22006 |
| Patrick L. Strong, | ) | Chapter 13 |
| | ) | Docket No. |
| *Debtor* | ) | |
| | ) | |
| Patrick L. Strong, | ) | |
| | ) | |
| *Movant* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 19, 2014 at docket number 13, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


  July 10, 2017                                                      /s/ Patrick L. Strong
Date                                                                            Debtor


_____                                        _____
Date                                                                            Debtor

                                              Respectfully submitted,

_July 14, 2017_____                                  /s/ Kenneth Steidl_____
DATE                                                  Kenneth Steidl, Esquire
                                                        Attorney for the Debtor

                                                        STEIDL & STEINBERG
                                                        Suite 2830, Gulf Tower
                                                        707 Grant Street
                                                        Pittsburgh, PA 15219
                                                        (412) 391-8000
                                                        PA I.D. No. 34965