FILED
7/21/17 1:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Patrick L. Strong ) | Case No. 14-22006 GLT |
|     Debtor ) | Chapter 13 |
| ) | Document No. 101 |
| Steidl and Steinberg, P.C. ) | |
|     Applicant ) | |
| ) | |
| vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, Ashley Funding, Delbert Services Corp., ) | |
| LVNV Funding, NationStar Mortgage, PA Dept. of ) | |
| Revenue, Regional Acceptance, ) | |
|     Respondents ) | |

## ORDER OF COURT

AND NOW, to-wit this __21st__ day of __July__, 2017, after consideration of the Application for Interim Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1) The Application for Interim Compensation is approved in the additional amount of $8,385.00 for work performed in the Chapter 13 case by Debtor's counsel from March 27, 2014, to June 29, 2017.

2) The Debtors paid their counsel for administrative costs and expenses totaling $500.00 prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3) Debtor's Counsel receives payment of $1,000.00 for work associated with this Court's Loss Mitigation Program (LMP).

4) Before the approval of this Fee Application, the Debtors' counsel was paid an $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $2,500.00 by the Chapter 13 Trustee and the $1,000.00 LMP Fee . With the approval of this Fee Application, the total amount of allowed fees in this case for Debtors' counsel is $12,485.00, provided, however, the total to be paid through the Plan by the Trustee is

$8,500.00 (representing the $2,500.00 previously approved to be paid (as set forth above), the $1,000.00 paid through LMP Participation, and an additional $5,000.00 that to be paid from the additional fund that the Office of the Chapter 13 Trustee currently has "on hand" in this case).

5) The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

6) The clerk shall record the total compensation as $12,485.00, provided only $8,500.00 is to be paid through the Trustee under the Plan. The fee balance is to be waived.

Prepared by: ___Kenneth Steidl, Esq.___

**DEFAULT ENTRY**

Dated: July 21, 2017

_____
Gregory L. Taddonio    hct
United States Bankruptcy Judge

cm: Kenneth Steidl, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Patrick L. Strong  
    Debtor

Case No. 14-22006-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Jul 21, 2017  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2017.  
db         +Patrick L. Strong,    1480 Hancock Avenue,    Apollo, PA 15613-8407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2017 at the address(es) listed below:

       Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for Centex Home Equity Loan Trust 2002-A by Nationstar M agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com, james.prostko@phelanhallinan.com  
       Karina Velter    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for Centex Home Equity Loan Trust 2002-A by Nationstar M amps@manleydeas.com  
       Kenneth Steidl    on behalf of Debtor Patrick L. Strong julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com  
       Matthew Christian Waldt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for Centex Home Equity Loan Trust 2002-A by Nationstar M mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                 TOTAL: 7