**Form 604**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Patrick L. Strong** | : | Case No. 14−22006−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 107 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 11/1/17 at 11:00 AM |
| | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

       *AND NOW,* this *28th day of August, 2017,* a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 107 by the Chapter 13 Trustee,

       It is hereby *ORDERED, ADJUDGED and DECREED* that:

       (1)  *On or before October 12, 2017,* any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

       (2)  This Motion is scheduled for hearing on *November 1, 2017 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

       (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

       (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Patrick L. Strong
     Debtor

Case No. 14-22006-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2       User: dbas        Page 1 of 2        Date Rcvd: Aug 28, 2017
                     Form ID: 604      Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.

```
db             +Patrick L. Strong,    1480 Hancock Avenue,    Apollo, PA 15613-8407
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,   Irving, TX 75063)
13854848       +Delbert Services,   PO Box 4730,   Anaheim, CA 92803-4730
13882916       +NATIONSTAR MORTGAGE, LLC,    C/O Weinstein, Pinson, & Riley, P.S.,
                2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13854851       +Zucker Goldberg & Ackerman LLC,    200 Sheffield Street, Suite 101,
                Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13921312        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:30:18
                Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
13889681       +E-mail/Text: bncmail@w-legal.com Aug 29 2017 01:24:04    DELBERT SERVICES CORPORATION,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13920617        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:30:19
                LVNV Funding, LLC its successors and assigns as,   assignee of Citibank USA, N. A.,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13920618        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:29:49
                LVNV Funding, LLC its successors and assigns as,   assignee of North Star Capital,
                Acquisition LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13854850        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 29 2017 01:30:14    Regional Acceptance,
                PO Box 580075,   Charlotte, NC 28258-0075
13887428        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 29 2017 01:30:14    Regional Acceptance Corporation,
                PO Box 1847,   Wilson, NC 27894-1847
                                                                          TOTAL: 6
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon f/k/a The Bank of New
13854849*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,    350 Highland Drive,   Lewisville, TX 75067)
                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for
               Centex Home Equity Loan Trust 2002-A by Nationstar M agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Karina Velter    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for
               Centex Home Equity Loan Trust 2002-A by Nationstar M amps@manleydeas.com
              Kenneth Steidl    on behalf of Debtor Patrick L. Strong julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
```

```
District/off: 0315-2         User: dbas              Page 2 of 2           Date Rcvd: Aug 28, 2017
                            Form ID: 604             Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Matthew Christian Waldt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
               New York, successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as
               Trustee for Centex Home Equity Loan Trust 2002-A by Nationstar M mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 7