**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PATRICK L. STRONG<br><br>       Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>       Movant<br>       vs.<br>No Repondents. | Case No.:14-22006<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2017

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/16/2014 and confirmed on 7/8/14 . The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 98,761.36 |
| Less Refunds to Debtor | 2,262.71 | |
| TOTAL AMOUNT OF PLAN FUND | | 96,498.65 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 8,500.00 | |
|    Trustee Fee | 4,097.29 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,597.29 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 7,301.64 | 7,301.64 | 0.00 | 7,301.64 |
|     Acct: 4138 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4138 | | | | |
|   REGIONAL ACCEPTANCE CORP | 8,660.94 | 8,660.94 | 1,172.87 | 9,833.81 |
|     Acct: 9712 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 46,612.48 | 46,612.48 | 11,937.75 | 58,550.23 |
|     Acct: 4138 | | | | |
| | | | | 75,685.68 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PATRICK L. STRONG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PATRICK L. STRONG | 2,262.71 | 2,262.71 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH STEIDL ESQ | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX9-17 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 4,326.93 | 0.00 | 4,326.93 |
|     Acct: 4138 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4138 | | | | |
| | | | | 4,326.93 |
| **Unsecured** | | | | |
|   DELBERT SERVICES CORP | 2,531.20 | 2,531.20 | 0.00 | 2,531.20 |
|     Acct: 1391 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 732.30 | 732.30 | 0.00 | 732.30 |
|     Acct: 9036 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 608.86 | 608.86 | 0.00 | 608.86 |

14-22006                                                                                          Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 1206 | | | | |
| ASHLEY FUNDING SVCS LLC | 16.39 | 16.39 | 0.00 | 16.39 |
| Acct: 0820 | | | | |
| | | | | 3,888.75 |

TOTAL PAID TO CREDITORS                                                                                 83,901.36

TOTAL
 CLAIMED            0.00
 PRIORITY      62,575.06
 SECURED        3,888.75

Date: 08/25/2017                                              /s/ Ronda J. Winnecour

                                                              RONDA J WINNECOUR PA ID #30399
                                                              CHAPTER 13 TRUSTEE WD PA
                                                              600 GRANT STREET
                                                              SUITE 3250 US STEEL TWR
                                                              PITTSBURGH, PA  15219
                                                              (412) 471-5566
                                                              cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   PATRICK L. STRONG

        Debtor(s)

   Ronda J. Winnecour
        Movant
       vs.
   No Repondents.

Case No.:14-22006

Chapter 13

Document No.:

### ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                              BY THE COURT:

                                              _____
                                              U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-22006-GLT
Patrick L. Strong                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas             Page 1 of 2             Date Rcvd: Aug 28, 2017
                         Form ID: pdf900        Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db           +Patrick L. Strong,    1480 Hancock Avenue,    Apollo, PA 15613-8407
cr          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX   75063)
13854848     +Delbert Services,    PO Box 4730,    Anaheim, CA 92803-4730
13882916     +NATIONSTAR MORTGAGE, LLC,    C/O Weinstein, Pinson, & Riley, P.S.,
              2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13854851     +Zucker Goldberg & Ackerman LLC,    200 Sheffield Street, Suite 101,
              Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13921312      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:29:49
              Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
              Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
13889681     +E-mail/Text: bncmail@w-legal.com Aug 29 2017 01:24:04     DELBERT SERVICES CORPORATION,
              C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13920617      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:31:01
              LVNV Funding, LLC its successors and assigns as,    assignee of Citibank USA, N. A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13920618      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:30:19
              LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
              Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13854850      E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 29 2017 01:30:14     Regional Acceptance,
              PO Box 580075,    Charlotte, NC 28258-0075
13887428      E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 29 2017 01:30:14     Regional Acceptance Corporation,
              PO Box 1847,    Wilson, NC 27894-1847
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon f/k/a The Bank of New
13854849*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
                                                                                               TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for
               Centex Home Equity Loan Trust 2002-A by Nationstar M agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Karina Velter    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for
               Centex Home Equity Loan Trust 2002-A by Nationstar M amps@manleydeas.com
              Kenneth Steidl    on behalf of Debtor Patrick L. Strong julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Aug 28, 2017
                              Form ID: pdf900         Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Matthew Christian Waldt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for Centex Home Equity Loan Trust 2002-A by Nationstar M mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        TOTAL: 7