| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Patrick L. Strong** | Social Security number or ITIN    **xxx–xx–3192** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **14–22006–GLT** | |

## Order of Discharge                                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patrick L. Strong

10/18/17                                                    **By the court:**     Gregory L. Taddonio
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 14-22006-GLT
Patrick L. Strong                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 2           Date Rcvd: Oct 18, 2017
                              Form ID: 3180W          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db         +Patrick L. Strong,   1480 Hancock Avenue,   Apollo, PA 15613-8407
cr        ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage, LLC.,   PO Box 630267,   Irving, TX  75063)
13854848   +Delbert Services,   PO Box 4730,   Anaheim, CA 92803-4730
13882916   +NATIONSTAR MORTGAGE, LLC,   C/O Weinstein, Pinson, & Riley, P.S.,
             2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
13854851   +Zucker Goldberg & Ackerman LLC,   200 Sheffield Street, Suite 101,
             Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2017 01:17:09    Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
13921312    EDI: RESURGENT.COM Oct 19 2017 01:08:00    Ashley Funding Services, LLC its successors and,
             assigns as assignee of Laboratory,   Corporation of America Holdings,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13889681   +E-mail/Text: bncmail@w-legal.com Oct 19 2017 01:17:38    DELBERT SERVICES CORPORATION,
             C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13920617    EDI: RESURGENT.COM Oct 19 2017 01:08:00    LVNV Funding, LLC its successors and assigns as,
             assignee of Citibank USA, N. A.,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
13920618    EDI: RESURGENT.COM Oct 19 2017 01:08:00    LVNV Funding, LLC its successors and assigns as,
             assignee of North Star Capital,   Acquisition LLC,   Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
13854850    E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 19 2017 01:24:39    Regional Acceptance,
             PO Box 580075,   Charlotte, NC 28258-0075
13887428    E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 19 2017 01:24:39    Regional Acceptance Corporation,
             PO Box 1847,   Wilson, NC 27894-1847
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          The Bank of New York Mellon f/k/a The Bank of New
13854849*  ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX 75067)
                                                                                TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for
               Centex Home Equity Loan Trust 2002-A by Nationstar M agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Karina Velter    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for
               Centex Home Equity Loan Trust 2002-A by Nationstar M amps@manleydeas.com

```
District/off: 0315-2          User: lfin               Page 2 of 2            Date Rcvd: Oct 18, 2017
                              Form ID: 3180W           Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Kenneth  Steidl   on behalf of Debtor Patrick L. Strong julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;r53037@no
        Matthew Christian Waldt    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York, successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for Centex Home Equity Loan Trust 2002-A by Nationstar M mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                              TOTAL: 7