**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE:<br>　PATRICK L. STRONG<br><br>　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　Movant<br>　　　vs.<br>　No Repondents. | FILED<br>10/18/17 1:05 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Case No.:14-22006<br><br>Chapter 13<br><br>Related to Dkt. No. 107 |

ORDER OF COURT

　AND NOW, this ____18th____ day of ____October____, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

jah

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                         Case No. 14-22006-GLT
Patrick L. Strong                                              Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: lfin              Page 1 of 2              Date Rcvd: Oct 18, 2017
                              Form ID: pdf900         Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
```
db             +Patrick L. Strong,    1480 Hancock Avenue,    Apollo, PA 15613-8407
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX   75063)
13854848       +Delbert Services,    PO Box 4730,    Anaheim, CA 92803-4730
13882916       +NATIONSTAR MORTGAGE, LLC,    C/O Weinstein, Pinson, & Riley, P.S.,
                 2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13854851       +Zucker Goldberg & Ackerman LLC,    200 Sheffield Street, Suite 101,
                 Mountainside, NJ 07092-2315
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13921312        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2017 01:24:43
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13889681       +E-mail/Text: bncmail@w-legal.com Oct 19 2017 01:17:38      DELBERT SERVICES CORPORATION,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13920617        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2017 01:24:27
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank USA, N. A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13920618        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2017 01:24:15
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13854850        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 19 2017 01:24:39      Regional Acceptance,
                 PO Box 580075,    Charlotte, NC 28258-0075
13887428        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 19 2017 01:24:39      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon f/k/a The Bank of New
13854849*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for
               Centex Home Equity Loan Trust 2002-A by Nationstar M agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Karina Velter    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for
               Centex Home Equity Loan Trust 2002-A by Nationstar M amps@manleydeas.com
              Kenneth Steidl    on behalf of Debtor Patrick L. Strong julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com;r53037@no
```

```
District/off: 0315-2            User: lfin                  Page 2 of 2                   Date Rcvd: Oct 18, 2017
                                Form ID: pdf900             Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Matthew Christian Waldt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, successor to JPMorgan Chase Bank, N.A., f/k/a Bank One National Association, as Trustee for Centex Home Equity Loan Trust 2002-A by Nationstar M mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                                                 TOTAL: 7